# United States District Court

DISTRICT OF __MASSACHUSETTS__

Michael Baez
Plaintiff

v

Michael Maloney, Et, Al's
Defendant

2005 MAY 13 P 12:36

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: **05-11045 GAO**

I, __Michael Baez__ (__Michael Baez__) declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __MCI-Cedar Junction__

    Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes    [X] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   [ ] Yes   [X] No
    b. Rent payments, interest or dividends            [ ] Yes   [X] No
    c. Pensions, annuities or life insurance payments  [ ] Yes   [X] No
    d. Disability or workers compensation payments     [ ] Yes   [X] No
    e. Gifts or inheritances                           [ ] Yes   [X] No
    f. Any other sources                               [ ] Yes   [X] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____5/5/05_____    _____[signature]_____
       DATE                    SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 2.13 personal; 0 savings on account to his/her credit at (name of institution) MCI Cedar Junction . I further certify that the applicant has the following securities to his/her credit: Same as above

_____ . I further certify that during the past six months the applicant's average balance was $ 4.01 personal; 0 savings

MAY ___ ___         INMATE ACCOUNTS
    DATE            SIGNATURE OF AUTHORIZED OFFICER
                    MASS. CORR. INST. WALPOLE
                    P.O. BOX 100
                    SOUTH WALPOLE, MA 02071

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050429 11:04

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit# : | W69027 | | MCI CEDAR JUNCTION | | |
| Name : | BAEZ, MICHAEL, , | | Statement From | 20040401 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050429 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 210 ,A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $845.18 | $820.12 | $0.00 | $0.00 |
| 20040406 11:33 | EX - External Disbursement | 2620019 | 30358 | CJ | ~EDWARD R. HAMILTON BOOKSELLER | $0.00 | $20.30 | $0.00 | $0.00 |
| 20040412 22:30 | CN - Canteen | 2646140 | | CJ | ~Canteen Date : 20040412 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2656939 | | CJ | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040420 09:57 | ML - Mail | 2692174 | | CJ | ~REFUND/EDWARD R. HAMILTON BOOKSELLER | $4.95 | $0.00 | $0.00 | $0.00 |
| 20040420 11:30 | EX - External Disbursement | 2692839 | 30497 | CJ | ~RELIANCE COLOR LABS INC. | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040504 08:40 | ML - Mail | 2749121 | | CJ | ~SUSAN BAEZ | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040507 08:44 | IC - Transfer from Inmate to Club A/c | 2770416 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040510 22:30 | CN - Canteen | 2775964 | | CJ | ~Canteen Date : 20040510 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2801193 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040517 22:30 | CN - Canteen | 2820978 | | CJ | ~Canteen Date : 20040517 | $0.00 | $11.10 | $0.00 | $0.00 |
| 20040601 22:30 | CN - Canteen | 2879407 | | CJ | ~Canteen Date : 20040601 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20040602 11:22 | EX - External Disbursement | 2883043 | 30953 | CJ | ~BOOKS A MILLION.COM | $0.00 | $14.92 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2930867 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040614 08:40 | ML - Mail | 2948875 | | CJ | ~SUSAN BAEZ | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040614 22:30 | CN - Canteen | 2953511 | | CJ | ~Canteen Date : 20040614 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20040618 10:14 | IC - Transfer from Inmate to Club A/c | 2975528 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.85 | $0.00 | $0.00 |
| 20040618 11:25 | EX - External Disbursement | 2975831 | 31117 | CJ | ~RELIANCE COLOR LABS INC. | $0.00 | $7.00 | $0.00 | $0.00 |
| 20040621 22:30 | CN - Canteen | 2981013 | | CJ | ~Canteen Date : 20040621 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20040628 22:30 | CN - Canteen | 3010104 | | CJ | ~Canteen Date : 20040628 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20040630 11:53 | IC - Transfer from Inmate to Club A/c | 3017103 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20040706 08:23 | ML - Mail | 3037200 | | CJ | ~CANNOT READ NAME | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040706 11:19 | EX - External Disbursement | 3039088 | 31302 | CJ | ~INMATE CLASSIFIED | $0.00 | $60.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3078759 | | CJ | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3212746 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040816 09:09 | ML - Mail | 3239401 | | CJ | ~SUSAN BAEZ | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040816 11:48 | EX - External Disbursement | 3240308 | 31776 | CJ | ~EDWARD R. HAMILTON | $0.00 | $13.35 | $0.00 | $0.00 |
| 20040823 22:30 | CN - Canteen | 3270684 | | CJ | ~Canteen Date : 20040823 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20040830 08:56 | ML - Mail | 3296531 | | CJ | ~REFUND/EDWARD R. HAMILTON BOOKSELLER | $2.95 | $0.00 | $0.00 | $0.00 |
| 20040901 08:30 | IC - Transfer from Inmate to Club A/c | 3304790 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050429 11:04

| | | | | |
|---|---|---|---|---|
| Commit# : | W65027 | MCI CEDAR JUNCTION | | Page : 3 |
| Name : | BAEZ, MICHAEL, , | Statement From | 20040401 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050429 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | |
| Cell/Bed : | 210 A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | CLAIM | | | | |
| 20050222 09:52 | MA - Maintenance and Administration | 4177146 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050228 22:30 | CN - Canteen | 4204977 | | CJ | ~Canteen Date : 20050228 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4283964 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4423896 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20050412 08:29 | ML - Mail | 4441706 | 53760081397/M.O. | CJ | ~L. MCKAY | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050412 08:29 | MA - Maintenance and Administration | 4441709 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050420 08:19 | RI - Restitution - Intra fund | 4479612 | | CJ | ~B & W TV/REST.#50248~INMATE RESTITUTION - Z42 | $0.00 | $94.50 | $0.00 | $0.00 |
| 20050420 08:20 | RI - Restitution - Intra fund | 4479617 | | CJ | ~RADIO/REST.#50328~INMATE RESTITUTION - Z42 | $0.00 | $5.50 | $0.00 | $0.00 |
| | | | | | | $444.29 | $467.22 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2.13 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.13 | $0.00 | $107.38 | $0.00 | $103.53 | $0.00 |