TO:
US DISTRICT COURT
1 COURTHOUSE WAY   SUITE 2300
BOSTON, MA
02210

05-11645-GAO

7/15/05

Re: Baez v Maloney, et. al.

Dear Clerk:

Enclosed please find EXHIBITS A THRU E. Do I serve the Defendants w/ these exhibits? More photographs in color and the video tape will be available at Discovery. Or is it needed sooner?

Please submit these as evidence in said complaint.

Thank you

Very Truly,

Michael Baez W69027
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA
02071-0100

EXHIBIT A
Use of force Report package
consisting of 27 pages

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.