**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL BAEZ | 05-11045-GAO |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL MALONEY, ET, AL. | CIVIL ACTION |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

KATHLEEN DENNEHY, COMMISSIONER OF CORRECTION

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 50 MAPLE STREET, SUITE 3, MILFORD, MA. 01757

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL BAEZ
MCI CEDAR JUNCTION
PO BOX 100
SO. WALPOLE, MA 02071-0100

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 12 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

I believe her work schedule is Mon-Fri, from 9-5pm. Mr. Maloney's address is unknown but Ms. Dennehy is his replacement with the DOC as employer.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER: N/A   DATE: 7/23/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk  Nancy Telusma | Date 8/3/05 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Process returned unexecuted. 8/25/05
Please see attached letter
Summons have defendant names to be served to a different person

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev.) |
|---|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KATHLEEN DENNEHY
   COMMISSIONER OF CORRECTIONS
   50 MAPEL ST., SUITE 3
   MILFORD, MA 01757

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ 8/22/5 _____  ☒ Agent  ☐ Addressee

B. DEPARTMENT OF CORRECTION
   CENTRAL HEADQUARTERS
   50 MAPLE ST, SUITE 3
   MILFORD, MA 01757-3698

   USMS SCREENED

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7002 0510 0004 3542 5262

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: KATHLEEN DENNEHY
Street, Apt. No.; or PO Box: 50 MAPLE ST, S-3
City, State, ZIP+4: MILFORD, MA 01757

7002 0510 0004 3542 5262

PS Form 3800, January 2001   See Reverse for Instructions




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.mass.gov/doc*

Mitt Romney
Governor

Kerry Healey
Lieutenant Governor

Edward A. Flynn
Secretary

Kathleen M. Dennehy
Commissioner

James R. Bender
Deputy Commissioner

August 22, 2005

Civil Clerk
U.S. Marshal Service
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 500
Boston, MA 02110
Attention: Nancy

Good Afternoon:

Please be advised that our office received service of process for former Commissioner Michael Maloney in an envelope addressed to Commissioner Kathleen Dennehy.

Per your discussion with Bill Saltzman, Department of Correction (DOC) Legal- you had advised that we return the material to your office with a cover letter explaining that it was served in error. Attached please find the referenced documentation.

Sincerely,

Michelle Farrell

Michelle Farrell
Administrative Assistant to the Commissioner
Department of Correction
50 Maple Street
Suite 300
Milford, MA 01757

Printed on Recycled Paper

**U.S. Department of Justice**

*United States Marshals Service*
*District of Massachusetts*

U.S. Courthouse
1 Courthouse Way, Suite 500
Boston, MA 02210

Official Business
Penalty for Private Use $300

7002 0510 0004 3542 5262

KATHLEEN DENNEHY
COMMISSIONER OF CORRECTIONS
50 MAPLE ST, SUITE 3
MILFORD, MA 01757



AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

MICHAEL BAEZ
           Plaintiff

V.

MICHAEL MALONEY, ET AL.

           Defendants

**SUMMONS IN A CIVIL CASE**

CASE     C.A. 05-11045-GAO

TO: (Name and address of Defendant)

MICHAEL MALONEY (former Commissioner of the Department of Corrections),
50 MAPLE ST., SUITE 3
MILFORD, MA. 01757

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL BAEZ, PRO SE
MCI CEDAR JUNCTION
P.O. BOX 100
SO. WALPOLE, MA 02071-0100

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON        6/27/05
**CLERK**                              **DATE**

(By) DEPUTY CLERK