UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11045-GAO

MICHAEL BAEZ, *Pro Se*
    Plaintiff,    )
               )
v.                 )
               )
MICHAEL T. MALONEY, et al.,  )
    Defendants.  )
               )

### DEFENDANTS' MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

The defendants hereby request that this Court exempt them from the requirements of Local Rule 7.1(A)(2) being filed with this Court. Any attempt to confer with the plaintiff, who is a *pro se* prisoner, would be unduly burdensome and serve no purpose.

The defendants, therefore respectfully request that this Honorable Court exempt them from the requirements of Local Rule 7.1(A)(2).

Respectfully submitted,

Date:  October 4, 2005          NANCY ANKERS WHITE
                                              Special Assistant Attorney General

/s/ Margaret Melville
_____
Margaret Melville
Counsel, BBO# 477970
Legal Office
Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 149

### CERTIFICATE OF SERVICE

I, Margaret Melville, certify that on this day, I have served the plaintiff *pro se* in the above-entitled action with a true and accurate copy of the foregoing at his addresses of record, by First Class Mail, postage prepaid.

October 4, 2005                                  /s/ Margaret Melville
                                                Margaret Melville