To:

Clerk of Courts
US Dist. Court.
One Courthouse Way
Boston, MA
02210

RE: Baez vs Muloney, et al

FILED
IN CLERKS OFFICE
2006 MAR 23 P 1:14
3/21/06
U.S. DISTRICT COURT
DISTRICT OF MASS.
C.A.# 05-11045-GAO

Dear Clerk:

I'm writing to see if my motion to compel & if my motion for appointment of counsel has been put in front of the justice? Along w/ motion to allow Ex.1? I also would like an updated copy of my docket entry please.

Thank You.

Very Truly,

Michael

Michael Baez W69027
P.O. Box 100
So. Walpole, MA
02071-0100