U.S. District Court
For The
~~District~~ Of Massachusetts

FILED
IN CLERKS OFFICE
2006 MAR 27 P 4:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

Michael Baez
       vs
Michael Maloney, et.al                    C.A # 05-11045-GAO

Plaintiff's Motion To Set
Hearing Date on His
Motion For appointment
of Counsel

Now comes The Plaintiff, Michael Baez, on The above entitled heading and hereby request that this Honorable Court set a date to hear his pending motion for appointment of Counsel.

1. Plaintiff states, That on 1-23-06, He filed his original motion for appointment of Counsel for this court to make a ruling.

2. Plaintiff States That He is unschuled in the field of law and That another Inmate was the person who drafted his complaint/lawsuit.

3. Plaintiff should not suffer in any way or manner by any denials of any pleadings because he is unable to file any oppositions.

4. Wherefore, Plaintiff requests that this Honorable Court set a hearing date on his pending motion for appointment of counsel and Grant him his motion so this Honorable Court can assign him a Law Firm.

Respectfully Submitted

Michael Baez

Date: 3/23/06