U.S. District Court
for the
District of Massachusetts

Michael Baez, plaintiff
vs
Michael Maloney, et.al
defendants                    C.A # 05-11045-GAO

Plaintiffs Response to
Defendants first set of
Interrogatories

Interrogatory #1.
Plaintiff objects to this paragraph until the court assigns counsel and this time he cannot respond to this question.

Interrogatory #2
The complaint speaks for itself, see discovery documents that list the names of other prisoners.

Interrogatory #3
Plaintiff denies this allegation to its fullest.

Interrogatory #4.
See Interrogatory #1

Interrogatory #5

Plaintiff is awaiting on Counsel to be assigned to this case and at this time ~~objects~~ objects and cannot respond.

Interrogatory #6.

Witness list will be provided in a timely manner, before any trial date is set.

Interrogatory #7.

Inmate Albert Ford #W53215, who provided the affadavit for me, until counsel is ~~assigned~~ assigned to this case plaintiff objects to any DOC lawyer and/or officials approaching this inmate.

Interrogatory #8

See response to Interrogatory #7

Interrogatory #9.

Plaintiff objects on the grounds that a response is not needed at this time.

Interrogatory #10

The complaint speaks for itself.

Interrogatory #11
Review your own use of force package & CMRs to determine your authority and Plaintiff Reserved the Right to amend his complaint.

Interrogatory #12
Plaintiff objects at this time until counsel is assigned.

Interrogatory #13.
See Response to Interrogatory #12

Respectfully Submitted,

Michael Baez

Date 3/23/06

Certificate of Service

I, Michael Baez, hereby certify on this 23 day of March, 2006, I served a true copy of the foregoing upon doc assigned Counsel, Margaret Melville.

Michael Baez #W69027
P.O. Box 100
So. Walpole, MA
02071-0100