TO: Clerk
U.S District Court
1 Courthouse Way
Boston MA 02210

FILED
CLERKS OFFICE

2006 AUG 25 P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Baez v Maloney, et. al.
    USDC   05 - 11045

8/23/06

Dear Clerk,
        Please file the following
Also Please send me ① my docket entry
sheet w/ a ② copy of the Defendants
answer to complaint.

        Thank you

                Very Truly,

                Michael Baez W69027
                PO Box 100
                So. Walpole, MA
                02071-0100

DOCKETED
30