U.S. District Court
for the
District of Massachusetts

Michael Baez
v.
Michael Maloney, et. al.

C.A. # 05-11045-GAO

Plaintiff's Motion to Compel Production of Documents

FILED CLERKS OFFICE 2006 NOV 24 P 1:52 U.S. DISTRICT COURT DISTRICT OF MASS

Now comes the plaintiff, Michael Baez on the above entitled heading pursuant to Fed. R. Civ. Proc. 34, requesting that this honorable court order the defendants to provide him with the listed documents here in within a 30 day period so that he may proceed with his discovery. Defendants have failed to respond to his (plaintiff's) request dated 8-23-06 (see attached).

1. Any & all policies & CMR's relating to forced moves.

2. All staff incident reports written in regards to the forced extraction of plaintiff on 6-26-02.

3. Copy of the Special Management Unit's Rules & Regulations.

4. Copy of ALL photographs taken by I.P.S. pertaining to the incident on 6-26-02, to include photographs of Plaintiff, his cell and the unit.

5. Copy of inventory list of items removed from Plaintiffs cell during and after this extraction.

6. Copy of ALL I.P.S interviews of inmates including plaintiff & informants.

7. Copy of Plaintiffs complete medical record.

8. Copy of ALL video & audio taken/recorded during & after extraction on plaintiff on 6-26-02.

9. Copy of ALL personal staffs and medical staffs names, records, backgrounds, training & all other information on staff present during & after this extraction to include personal information.

10. Copy of all defendants complete personal/professional file in regards to them being disciplined, reprimanded & investigated for past allegations of abuse upon inmates and for this incident (please include results)

11. Copy of results of internal investigation done in regards to this incident which was ordered by Presentment Coordinator Susan Greto on 6-7-04 (see attachment #2).

Respectfully Submitted;

Michael Baez #W69627
P.O. Box 100
S. Walpole, MA
02071-0100

Date: 11/21/06

Certificate of Service

I, Michael Baez, hereby certify on this 21st day of Nov[~]06, I have served upon D.O.C counsel Margaret Melville a copy of the foregoing by 1st class mail.

Michael Baez W69027
P.O. Box 100
So. Walpole, MA
02071-0100

T. Margaret Melville
[EOC?] General Counsel
Legal Division
70 Franklin St, Suite [illegible]
Boston, MA 02110-1300

Re: Discovery
Dale v. Maloney, et al.                    8/13/06
USDC 05-11045

Dear Atty. Melville;

This is a request for discovery pursuant to the good faith discovery rule.

I understand that due to the voluminous amounts of mail coming in and out of the institution that some is capable of being lost inadvertently. Therefore I am re-sending my original request for discovery dated 1-2006.

Please make the following available to me within 20 days of receipt:

1. Any & all policies & CMRs relating to forced moves.

2. All staff incident reports written in regards to the forced extraction of plaintiff on 6-26-02.

3. Copy of the Special Management Units Rules & Regulations.

4. Copy of ALL photographs taken by IPS pertaining to the incident (force extraction) on 6-26-02, to include photographs of plaintiff, his cell and the unit.

5. Copy of inventory list of items removed from plaintiff's cell during and after this extraction.

6. Copy of ALL IPS interviews of inmates, including plaintiff, and informants.

7. Copy of plaintiff's complete medical record.

8. Copy of ALL video & audio taken/recorded during & after extraction on plaintiff on 6-26-02.

9. Copy of ALL personal staffs and medical staffs names, records, backgrounds, training & all other information on staff present during & after ...

this extraction. (include personal information)

10. Copy of all defendants complete personal/professional file in regards to them being disciplined, reprimanded &/or investigated for past allegations of abuse upon inmates and for this incident. (please include results)

11. Copy of results of internal investigation done in regards to this incident which was ordered by presentment coordinator Susan Gaeta from the Attorney Generals Office on June 7th, 2004.

Thank you for your time and assistance in this request.

Respectfully,

Michael Brzuchalski
P.O. Box 100
So. Walpole, MA
02071-0100

Certificate of Service

I, Michael Baez, hereby certify on this 23 day of August, I have served upon DC counsel Melville a true copy of the foregoing by 1st class mail.

Michael Baez W69027
PO Box 100
So. Walpole, MA
02071-0100



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

June 7, 2004

Nancy A. White
General Counsel
**Department of Correction**
70 Franklin Street, Suite 600
Boston, Massachusetts   02110-1300

| Re: | **Claim of:** | Michael Baez (W-69027) |
|---|---|---|
|  | **Presentment Letter Dated:** | May 6, 2004 |
|  | **Date Of Incident:** | June 26, 2002 |

Dear Attorney White:

   I am enclosing the presentment letter referenced above which we received in this Office on May 10, 2004.

   Would you please investigate this claim and notice this Office of the results in accordance with the Attorney General's Presentment Procedures for Agencies of the Commonwealth. (June 30, 2001). Thank you for your cooperation in this matter.

Sincerely,

Susan Gaeta
Presentment Coordinator
(617) 727-2200 x 3343

Enclosures
cc:   Michael Baez