UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11045-GAO

| | |
|---|---|
| MICHAEL BAEZ, *Pro Se* <br>     Plaintiff, <br> <br> v. <br> <br> MICHAEL T. MALONEY, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION FOR EXEMPTION
FROM LOCAL RULES 7.1(A)(2) AND 37.1**

Defendants, by counsel, respectfully request that this Court exempt them from the requirements of Local Rules 7.1(A)(2) and 37.1, for all motions which may be filed in this matter. As reason the plaintiff is a *pro se* prisoner and any attempt to confer with him for any purpose, including motions to compel discovery, would be unduly burdensome and serve no useful purpose. By its terms, Local Rule 37.1 applies only to counsel.

The defendants therefore respectfully request that this Honorable Court exempt them from the requirements of Local Rules 7.1(A)(2) and 37.1 for all purposes.

Respectfully submitted,

Date:  January 25, 2007

NANCY ANKERS WHITE
Special Assistant Attorney General
/s/ Margaret Melville_____
Margaret Melville
Counsel, BBO# 477970
Legal Office
Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 149
msmelville@doc.state.ma.us

**CERTIFICATE OF SERVICE**

I, Margaret Melville, certify that on this day, I have served the plaintiff *pro* se in the above–entitled action with a true and accurate copy of the foregoing at his addresses of record, by First Class Mail, postage prepaid.

January 25, 2007                                            /s/ Margaret Melville
                                                             Margaret Melville