UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11045-GAO

MICHAEL BAEZ, *Pro Se*
    Plaintiff,    )
                )
v.    )
                )
MICHAEL T. MALONEY, et al.,    )
    Defendants.    )
                )

## DEFENDANTS' REQUEST FOR LEAVE OF COURT TO DEPOSE A PRISONER

Now come the defendants in the above-captioned action and pursuant to Fed. R. Civ. P. 30(a)(2) request leave of Court to take the deposition of the plaintiff, an incarcerated person in the custody of the Commonwealth of Massachusetts Department of Correction.

Date: March 1, 2007

Respectfully submitted,
The defendants,
By their attorneys,
NANCY ANKERS WHITE
Special Assistant Attorney General
/s/ Margaret Melville_____
Margaret Melville
Counsel, BBO# 477970
Legal Office
Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 149
msmelville@doc.state.ma.us

### CERTIFICATE OF SERVICE

I, Margaret Melville, certify that on this day, I have served the plaintiff *pro* se in the above–entitled action with a true and accurate copy of the foregoing at his address of record, by First Class Mail, postage prepaid.

March 1, 2007        /s/ Margaret Melville
                              Margaret Melville