UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11045-GAO

MICHAEL BAEZ

Plaintiff

v.

MICHAEL MALONEY, *et al.*,

Defendants.

**ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

*(Docket # 32)*

ALEXANDER, M.J.

Plaintiff, Michael Baez, acting *pro se*, files the instant motion requesting this Court to compel Defendants to produce certain documents. Mr. Baez served Defendant's with his request for documents on or around August 23, 2006. Defendants responded on or around September 7, 2006, providing some documents as well as responses, including objections, to Mr. Baez's requests.

As Mr. Baez is acting *pro se*, this Court will construe his motion with the necessary leniency allotted *pro se* litigants. In reviewing Mr. Baez's requests and the

Defendants' response, the Court finds as follows:

Request 1

DENIED. If the records are readily available at the inmate law library, Defendants need not provide copies to Mr. Baez.

Request 2

DENIED. Defendants assert that all such documents have been provided. Should Defendants discover additional documents responsive to this request they must, absent an appropriate objection, provide them to Mr. Baez.

Request 3

DENIED. If the records are readily available at the inmate law library, Defendants need not provide copies to Mr. Baez.

Request 4

DENIED.

Request 5

ALLOWED. Defendants are directed to produce the requested documents within 30 days of the date of this order.

Request 6

DENIED. Defendants maintain that no such statements exist. However, should Defendants discover additional documents responsive to this request they must,

absent an appropriate objection, provide them to Mr. Baez.

Request 7

DENIED

Request 8

DENIED

Request 9

DENIED

Request 10

Defendants do not appear to have responded to this request. Accordingly, Defendants are ordered to respond within 30 days of this order.

Request 11

Defendants do not appear to have responded to this request. Accordingly, Defendants are ordered to respond within 30 days of this order.

SO ORDERED.


Date


United States Magistrate Judge