UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11045-GAO

MICHAEL BAEZ,
    Plaintiff

v.

MICHAEL MALONEY, et al.,
    Defendants

### DEFENDANTS' SUPPLEMENTAL OPPOSITION TO THE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS (REQUESTS NOS. 10 AND 11)

Now come the defendants, and oppose the plaintiff's motion to compel the production of documents pursuant to the plaintiff's Request For Production of Documents, Requests numbered 5, 10 and 11. As grounds, the defendants state that the motion to compel is moot. They have provided their responses to these requests within thirty days of the Court's March 6, 2007 order. [1] See Exhibit A, attached.

For the foregoing reasons, the defendants request that the plaintiff's motion to compel on Requests Nos. 5, 10, and 11, be denied.

Respectfully submitted,

The defendants,
By their attorneys,

Dated: March 27, 2007

NANCY ANKERS WHITE
Special Assistant Attorney General

**/s/ Margaret Melville**
Margaret Melville
BBO #477970

---

[1] Undersigned counsel mistakenly omitted the defendants' original responses to the plaintiff's requests Nos. 10 and 11, because of her failure to catch a computer problem that erroneously pasted the responses to a document in another case, and not because of an intent by defendants not to respond to these requests. The responses are being provided today in the Supplemental Response.

2

Department of Correction
Legal Office
70 Franklin Street, Suite 600
Boston, MA 02110
617-727-3300 ext. 149
msmelville@doc.state.ma.us

### CERTIFICATE OF SERVICE

I, Margaret Melville, certify that on this day, I have served the plaintiff *pro* se in the above–entitled action with a true and accurate copy of the foregoing and Certificate of Service at his addresses of record, by First Class Mail, postage prepaid.

March  27, 2007                                              /s/ Margaret Melville
                                                             Margaret Melville

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11045-GAO

MICHAEL BAEZ,
 Plaintiff

v.

MICHAEL MALONEY, et al.,
 Defendants

## DEFENDANTS' SUPPLEMENTAL RESPONSE TO THE PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Now come the defendants, and supplement their responses to the plaintiff's request for production of documents, Nos. 5, 10, and 11, as ordered by the Court, as follows.

**SPECIFIC OBJECTIONS AND RESPONSES**

Subject to the previously raised objections and without waiving them, and without conceding that any documents are properly discoverable in the above-captioned action, relevant to the subject matter involved in the above-captioned action, or admissible as evidence, Defendants respond as follows:

**Request 5**

Copy of inventory list of items removed from the plaintiff's cell during and after this extraction.


EXHIBIT A

2

**Response 5**

There are no inventory lists responsive to this request for the time period "during" the extraction. For the inventory sheet "after" the extraction, see attached. There are no other documents responsive to the plaintiff's request in the possession, custody, or control of the defendant.

**Request 10**

Copy of all defendants' complete personal/professional file [sic] in regards to them being disciplined, reprimanded, and/or investigated for past allegations of abuse upon inmates and for the incident. (Please include results)

**Response 10**

The defendants object to this request on the ground that the plaintiff, a state prison inmate serving state prison sentences for Armed Robbery, Use of Body Armor in Committing a Felony, Assault and Battery with a Dangerous Weapon, who previously served time for firearms convictions, and a commitment to Bridgewater State Hospital, and currently having a prospective discharge date of November 11, 2007, is seeking personal information on public safety employees in violation of G.L. c. 4, §7 clause 26. Without waiving this objection, the defendants respond that no records responsive to this request exist.

**Request 11**

Copy of the results of internal investigation done in regards to this incident, which was ordered by presentment coordinator Susan Gaeta from the Attorney General's Office on June 7, 2004.

3

**Response 11**

No investigation was ever ordered as described in this request and no documents responsive to this request exist.

Dated: March 27, 2007

Respectfully submitted,

The defendants,
By their attorneys,

NANCY ANKERS WHITE
Special Assistant Attorney General

**/s/ Margaret Melville**
Margaret Melville
BBO #477970
Department of Correction
Legal Office
70 Franklin Street, Suite 600
Boston, MA 02110
617-727-3300 ext. 149
msmelville@doc.state.ma.us

## CERTIFICATE OF SERVICE

I, Margaret Melville, certify that on this day, I have served the plaintiff *pro se* in the above-entitled action with a true and accurate copy of the foregoing and Certificate of Service at his addresses of record, by First Class Mail, postage prepaid.

March 27, 2007

/s/ Margaret Melville
Margaret Melville

103 DOC 403 INMATE PROPERTY                              403-7

PROPERTY INVENTORY

INMATE **BAEZ, MICHAEL**     NUMBER **W69027**

| APPLIANCES/ACCESSORIES | SEAL # | SERIAL # | AMOUNT | CONDITION | CLOTHING | AMOUNT | CONDITION |
|---|---|---|---|---|---|---|---|
| 1 TV 13" /No Speakers* | | | | | Trousers (5) | | |
| 1 AM/FM Radio * | | | | | Shirts (5) | | |
| 1 Fan 12" * | | | | | Underwear (10) | | |
| 1 Musical Instrument | | | | | T-Shirts (10) | | |
| 1 Typewriter | | | | | Socks (10) | | |
| 1 Walkman * | | | | | Sweatshirts (2) | | |
| 1 Hot Pot * | | | | | Sweatpants (2) | | |
| 2 Headphones * | | | | | Hats (2) | | |
| Extension Cord | | | | | Gloves (2) | | |
| **JEWELRY** | | | | | Gym Shorts (2) | | |
| 1 Watch | | | | | Pajamas (2) | | |
| 1 Wedding Band | | | | | Bathrobes (1) | | |
| 1 Religious Medal | | | | | Coat (2) | | |
| 1 Medical Alert Medal | | | | | ~~Thermal Top (2)~~ | ✓ | |
| Earring (Females Only) | | | | | Thermal Bottoms (2) | | |
| **MISCELLANEOUS** | | | | | Sweaters (2) | | |
| | | | | | Handkerchiefs (5) | | |
| ~~1 Mirror 5x~~ | | | ✓ | | Shoes | | |
| Stationery | | | | | Sneakers (Brand) | | |
| Stamps | | | | | Slippers/Shower Shoes | | |
| 10 Pens/Pencils | | | | | Boots | | |
| Weight Belt | | | | | Belts (2) Buckles | | |
| Weight Gloves | | | | | | | |
| 10 Books/Magazines/Newspapers ** | | | | | **PRE-RELEASE ONLY** | | |
| 3 Tobacco Pipes | | | | | 1 Alarm Clock (Min/PR) | | |
| Cigarettes/Cigars (30 Total) | | | | | 2 Suit, Tie, Sport Coat | | |
| 1 Lighter * | | | | | 1 Bathing Suit | | |
| ~~Letters/Photos/Newsclippings~~ | | | | | 1 Hair Dryer Hand Held | | |
| Legal Documents | | | | | 5 Work Uniforms | | |
| 3 Games, Table Type | | | | | 1 Bicycle/Bicycle Lock | | |
| 15 Toilet Articles | | | | | 1 Umbrella | | |
| 1 Combination Lock * | | | | | | | |
| 1 Eyeglasses/Sunglasses | | | | | | | |
| Hearing Aid/Orthopedic Aid | | | | | | | |
| Prosthesis Aid | | | | | | | |
| Sewing Kit | | | | | | | |
| 1 Billfold | | | | | | | |
| 1 Cup | | | | | | | |
| ~~1 Bowl~~ W/Lid | | | | | | | |

SENDING INST. **SBCC**              REC. INST. **Walpole**

DATE: **8/12-02**                    DATE:

OFFICER: **JT Raymon**               OFFICER:

INMATE:                              INMATE:

White - Property   Green - Sending Institution   Canary - Inmate   Pink - Receiving Institution   Gold - Unit Team
* CANTEEN PURCHASE ONLY EXCEPT IN PRE-RELEASE
** 10 MAX DOES NOT INCLUDE BOOKS FOR TEMPORARY USE IN EDUCATIONAL PROGRAMS

103 DOC 403 INMATE PROPERTY                                       403-7

PROPERTY INVENTORY

INMATE: BAEZ, MICHAEL     NUMBER: W69027

| APPLIANCES/ACCESSORIES | SEAL # | SERIAL # | AMOUNT | CONDITION | CLOTHING | AMOUNT | CONDITION |
|---|---|---|---|---|---|---|---|
| 1 TV 13" /No Speakers* | | | | | Trousers (5) | | |
| 1 AM/FM Radio * | | | | | Shirts (5) | | |
| 1 Fan 12" * | | | | | Underwear (10) | | |
| 1 Musical Instrument | | | | | T-Shirts (10) | | |
| 1 Typewriter | | | | | Socks (10) | | |
| 1 Walkman * | | | | | Sweatshirts (2) | | |
| 1 Hot Pot * | | | | | Sweatpants (2) | | |
| 2 Headphones * | | | | | Hats (2) | | |
| Extension Cord | | | | | Gloves (2) | | |
| JEWELRY | | | | | Gym Shorts (2) | | |
| 1 Watch | | | | | Pajamas (2) | | |
| 1 Wedding Band | | | | | Bathrobes (1) | | |
| 1 Religious Medal | | | | | Coat (2) | | |
| 1 Medical Alert Medal | | | | | Thermal Top (2) | 1 | |
| Earring (Females Only) | | | | | Thermal Bottoms (2) | | |
| | | | | | Sweaters (2) | | |
| MISCELLANEOUS | | | | | Handkerchiefs (5) | | |
| 1 Mirror 5x7 | | | 1 | | Shoes | | |
| Stationery | | | | | Sneakers (Brand) | | |
| Stamps | | | | | Slippers/Shower Shoes | | |
| 10 Pens/Pencils | | | | | Boots | | |
| Weight Belt | | | | | Belts (2) Buckles | | |
| Weight Gloves | | | | | | | |
| 10 Books/Magazines/Newspapers ** | | | | | PRE-RELEASE ONLY | | |
| 3 Tobacco Pipes | | | | | 1 Alarm Clock (Min/PR) | | |
| Cigarettes/Cigars (30 Total) | | | | | 2 Suit, Tie, Sport Coat | | |
| 1 Lighter * | | | | | 1 Bathing Suit | | |
| Letters/Photos/Newsclippings | | | | | 1 Hair Dryer Hand Held | | |
| Legal Documents | | | | | 5 Work Uniforms | | |
| 3 Games, Table Type | | | | | 1 Bicycle/Bicycle Lock | | |
| 15 Toilet Articles | | | | | 1 Umbrella | | |
| 1 Combination Lock * | | | | | | | |
| 1 Eyeglasses/Sunglasses | | | | | | | |
| Hearing Aid/Orthopedic Aid | | | | | | | |
| Prosthesis Aid | | | | | | | |
| Sewing Kit | | | | | | | |
| 1 Billfold | | | | | | | |
| 1 Cup | | | | | | | |
| 1 Bowl  w/lid | | | | | | | |

SENDING INST. SBCC

REC. INST. WALPOLE

DATE: 8/12-02

DATE:

OFFICER: [signature]

OFFICER:

INMATE:

INMATE:

White - Property    Green - Sending Institution    Canary - Inmate    Pink - Receiving Institution    Gold - Unit Team
* CANTEEN PURCHASE ONLY EXCEPT IN PRE-RELEASE
** 10 MAX DOES NOT INCLUDE BOOKS FOR TEMPORARY USE IN EDUCATIONAL PROGRAMS

## 103 DOC 403 INMATE PROPERTY

403-7

### PROPERTY INVENTORY

INMATE: **Baez, Michael**  NUMBER: **W69027**

| APPLIANCE / ACCESSORIES | SEAL # | SERIAL # | AMOUNT | CONDITION | CLOTHING | AMOUNT | CONDITION |
|---|---|---|---|---|---|---|---|
| 1 TV 13" w/No Speakers * | | | | | Trousers (5) | | |
| 1 AM / FM Radio * | | | | | Shirts (5) | | |
| 1 Fan 12" * | | | | | Underwear (10) | | |
| 1 Musical Instrument | | | | | T-Shirts (10) | | |
| 1 Typewriter | | | | | Socks (10) | | |
| 1 Walkman * | | | | | Sweatshirts (2) | | |
| 1 Hot Pot * | | | | | Sweatpants (2) | | |
| 2 Headphones * | | | | | Hats (2) | | |
| Extension Cord | | | | | Gloves (2) | | |
| | | | | | Gym Shorts (2) | | |
| **JEWELRY** | | | | | Pajamas (2) | | |
| 1 Watch | | | | | Bathrobe (1) | | |
| 1 Wedding Band | | | | | Coats (2) | | |
| 1 Religious Medal | | | | | Thermal Tops (2) | 1 | |
| 1 Medical Alert Medal | | | | | Thermal Bottoms (2) | | |
| Earings (Females Only) | | | | | Sweaters (2) | | |
| | | | | | Handkerchiefs (5) | | |
| **MISCELLANEOUS** | | | | | Shoes | | |
| 1 Mirror, 5x7 | | | 1 | | Sneakers (Brand) | | |
| Stationery | | | | | Slippers / Shower Shoes | | |
| Stamps | | | | | Boots | | |
| 10 Pens / Pencils | | | 2 | | Belts w/Buckles (2) | | |
| Weight Belt | | | | | | | |
| Weight Gloves | | | | | **PRE-RELEASE ONLY** | | |
| 10 Books / Magazines / Newspapers ** | | | 2 | | 1 Alarm Clock (Min. / PR) | | |
| Letters / Photos / Newsclippings | | | 1 | | 2 Suits, Ties, Sport Coats | | |
| Legal Documents | | | | | 1 Bathing Suit | | |
| 3 Games, Table Type | | | | | 1 Hair Dryer, Hand Held | | |
| 15 Toilet Articles | | | | | 5 Work Uniforms | | |
| 1 Combination Lock * | | | | | 1 Bicycle w/Bicycle Lock | | |
| 1 Eyeglasses / Sunglasses | | | | | 1 Umbrella | | |
| Hearing Aid / Orthopedic Aid | | | | | COMB | 1 | |
| Prosthesis Aid | | | | | SOAP DISH | 1 | |
| Sewing Kit | | | | | | | |
| 1 Billfold | | | | | | | |
| 1 Cup | | | | | | | |
| 1 Bowl  J/(11) | | | 1 | | | | |

| SENDING. INST. | SBCC | RECEIVING INST. | C-J |
|---|---|---|---|
| DATE: | | DATE: | 8-16-02 |
| OFFICER: | | OFFICER: | RD |
| INMATE: | | INMATE: | |

White - Property   Green - Sending Institution   Canary - Inmate   Pink - Receiving Institution   Gold - Unit Team

\* CANTEEN PURCHASE ONLY EXCEPT IN PRE-RELEASE.
\*\* 10 MAX DOES NOT INCLUDE BOOKS FOR TEMPORARY USE IN EDUCATIONAL PROGRAMS

**103 DOC 403 INMATE PROPERTY**

PROPERTY INVENTORY

403-7

INMATE: Baez, Michael    NUMBER: W69027

| APPLIANCES/ACCESSORIES | SEAL # | SERIAL # | AMOUNT | CONDITION | CLOTHING | AMOUNT | CONDITION |
|---|---|---|---|---|---|---|---|
| 1 TV 13"/No Speakers* | | | | | Trousers (5) | | |
| 1 AM/FM Radio * | | | | | Shirts (5) | | |
| 1 Fan 12" * | | | | | Underwear (10) | | |
| 1 Musical Instrument | | | | | T-Shirts (10) | | |
| 1 Typewriter | | | | | Socks (10) | ✓ | |
| 1 Walkman * | | | | | Sweatshirts (2) | | |
| 1 Hot Pot * | | | | | Sweatpants (2) | | |
| 2 Headphones * | | | | | Hats (2) | | |
| Extension Cord | | | | | Gloves (2) | | |
| **JEWELRY** | | | | | Gym Shorts (2) | | |
| 1 Watch | | | | | Pajamas (2) | | |
| 1 Wedding Band | | | | | Bathrobes (1) | | |
| 1 Religious Medal | | | | | Coat (2) | | |
| 1 Medical Alert Medal | | | | | Thermal Top (2) | | |
| Earring (Females Only) | | | | | Thermal Bottoms (2) | | |
| | | | | | Sweaters (2) | | |
| **MISCELLANEOUS** | | | | | Handkerchiefs (5) | | |
| 1 Mirror 5x7 | | | | | Shoes | | |
| Stationery | | | | | Sneakers (Brand) | | |
| Stamps | | | | | Slippers/Shower Shoes | | |
| 10 Pens/Pencils | | | | | Boots | | |
| Weight Belt | | | | | Belts (2) Buckles | | |
| Weight Gloves | | | | | | | |
| 10 Books/Magazines/Newspapers ** | | | ✓ | | **PRE-RELEASE ONLY** | | |
| 3 Tobacco Pipes | | | | | 1 Alarm Clock (Min/PR) | | |
| Cigarettes/Cigars (30 Total) | | | | | 2 Suit, Tie, Sport Coat | | |
| 1 Lighter * | | | | | 1 Bathing Suit | | |
| Letters/Photos/Newsclippings | | | ✓ | | 1 Hair Dryer Hand Held | | |
| Legal Documents | | | ✓ | | 5 Work Uniforms | | |
| 3 Games, Table Type | | | | | 1 Bicycle/Bicycle Lock | | |
| 15 Toilet Articles | | | ✓ | | 1 Umbrella | | |
| 1 Combination Lock * | | | | | AAA Batteries | 11 | |
| 1 Eyeglasses/Sunglasses | | | | | | | |
| Hearing Aid/Orthopedic Aid | | | | | | | |
| Prosthesis Aid | | | | | | | |
| Sewing Kit | | | | | | | |
| 1 Billfold | | | | | | | |
| 1 Cup | | | | | | | |
| 1 Bowl | | | | | | | |

SENDING INST.: BCC    REC. INST.: Walpole

DATE: 8-26-92    DATE:

OFFICER: Sgt Baro    OFFICER:

INMATE:    INMATE:

White - Property   Green - Sending Institution   Canary - Inmate   Pink - Receiving Institution   Gold - Unit Team
* CANTEEN PURCHASE ONLY EXCEPT IN PRE-RELEASE
** 10 MAX DOES NOT INCLUDE BOOKS FOR TEMPORARY USE IN EDUCATIONAL PROGRAMS

## 103 DOC 403 INMATE PROPERTY

### PROPERTY INVENTORY

403-7

INMATE: **Baez, Michael**　　　NUMBER: **W69027**

| APPLIANCE / ACCESSORIES | SEAL # | SERIAL # | AMOUNT | CONDITION | CLOTHING | AMOUNT | CONDITION |
|---|---|---|---|---|---|---|---|
| 1 TV 13" w/No Speakers * | | | | | Trousers (5) | | |
| 1 AM / FM Radio * | | | | | Shirts (5) | | |
| 1 Fan 12" * | | | | | Underwear (10) | | |
| 1 Musical Instrument | | | | | T-Shirts (10) | | |
| 1 Typewriter | | | | | Socks (10) | ✓ | |
| 1 Walkman * | | | | | Sweatshirts (2) | | |
| 1 Hot Pot * | | | | | Sweatpants (2) | | |
| 2 Headphones * | | | | | Hats (2) | | |
| Extension Cord | | | | | Gloves (2) | | |
| | | | | | Gym Shorts (2) | | |
| **JEWELRY** | | | | | Pajamas (2) | | |
| 1 Watch | | | | | Bathrobe (1) | | |
| 1 Wedding Band | | | | | Coats (2) | | |
| 1 Religious Medal | | | | | Thermal Tops (2) | | |
| 1 Medical Alert Medal | | | | | Thermal Bottoms (2) | | |
| Earings (Females Only) | | | | | Sweaters (2) | | |
| | | | | | Handkerchiefs (5) | | |
| **MISCELLANEOUS** | | | | | Shoes | | |
| 1 Mirror, 5x7 | | | | | Sneakers (Brand) | | |
| (Stationery) | | | ✓ | | Slippers / Shower Shoes | | |
| Stamps | | | | | Boots | | |
| (10 Pens)/ Pencils | | | ✓ | | Belts w/Buckles (2) | | |
| Weight Belt | | | | | | | |
| Weight Gloves | | | | | **PRE-RELEASE ONLY** | | |
| (10 Books)/ Magazines / Newspapers ** | | | ✓ | | 1 Alarm Clock (Min. / PR) | | |
| (Letters / Photos)/ Newsclippings | | | ✓ | | 2 Suits, Ties, Sport Coats | | |
| (Legal Documents) | | | | | 1 Bathing Suit | | |
| 3 Games, Table Type | | | | | 1 Hair Dryer, Hand Held | | |
| (15 Toilet Articles) | | | ✓ | | 5 Work Uniforms | | |
| 1 Combination Lock * | | | | | 1 Bicycle w/Bicycle Lock | | |
| 1 Eyeglasses / Sunglasses | | | | | 1 Umbrella | | |
| Hearing Aid / Orthopedic Aid | | | | | Batteries | ✓ | |
| Prosthesis Aid | | | | | | | |
| Sewing Kit | | | | | | | |
| 1 Billfold | | | | | Combs | ✓ | |
| 1 Cup | | | | | | | |
| 1 Bowl | | | | | | | |

SENDING. INST. **SBCC**　　　RECEIVING INST. **Walpole**　　**WWSU**

DATE: 　　　　　　　　　　　　DATE: **9/5/02**

OFFICER: 　　　　　　　　　　OFFICER: (signature)

INMATE: 　　　　　　　　　　　INMATE:

White - Property　　Green - Sending Institution　　Canary - Inmate　　Pink - Receiving Institution　　Gold - Unit Team

**\* CANTEEN PURCHASE ONLY EXCEPT IN PRE-RELEASE.**
**\*\* 10 MAX DOES NOT INCLUDE BOOKS FOR TEMPORARY USE IN EDUCATIONAL PROGRAMS**