UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11045-GAO

MICHAEL BAEZ,
    Plaintiff

    v.

MICHAEL MALONEY, et al.,
    Defendants

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants, Joseph Rackett, David Bolduc, Edward Ficco, Brian McManus, Robert Lashua, David Shaw, Charles Hooper, Edmund Preston, John Flowers, and Michael Cravedi, in the above-captioned action, move the Court pursuant to Fed. R. Civ. P. 6(b), to enlarge the time for them to file dispositive motions, to and including June 29, 2007.

As grounds, the defendants state that additional time is needed to receive discovery responses from the _pro se_ plaintiff, a state prisoner incarcerated in the Commonwealth of Massachusetts Department of Correction's DDU at MCI-Cedar Junction. The defendants served the plaintiff with discovery, including requests for admissions, to which the plaintiff has not responded; undersigned counsel has learned that after the requests for admissions were served on the plaintiff, he was hospitalized at Bridgewater State Hospital for a period in April. He has now returned to MCI-Cedar Junction.

2

The plaintiff will not be prejudiced by the enlargement of time.

WHEREFOR, the defendants request that the Court grant the motion for an extension of time.

Dated: May 14, 2007

Respectfully submitted,

The defendants,
By their attorneys,

NANCY ANKERS WHITE
Special Assistant Attorney General

_/s/Margaret Melville
Margaret Melville
BBO #477970
Department of Correction
Legal Office
70 Franklin Street, Suite 600
Boston, MA 02110
617-727-3300 ext. 149
msmelville@doc.state.ma.us

**CERTIFICATE OF SERVICE**

I, Margaret Melville, certify that on this day, I have served the plaintiff *pro* se in the above-entitled action with a true and accurate copy of the foregoing at his address of record, by First Class Mail, postage prepaid.

May 14, 2007                         /s/ Margaret Melville
                                     Margaret Melville