UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11045-GAO

MICHAEL BAEZ,
    Plaintiff

v.

MICHAEL MALONEY, et al.,
    Defendants

## DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES PURSUANT TO LOCAL RULE 7.1(B)(4)

The defendants respectfully request leave of the Court to file a Memorandum of Law in Support of Their Motion for Summary Judgment in excess of twenty pages, pursuant to Local Rule 7.1(B)(4). As reasons, the defendants state that there are ten defendants who have been served, that the facts supporting the motion are lengthy and comprise sixteen of the twenty-seven pages of the memorandum, and the legal arguments are complex. The full recitation of these facts is indispensable to a speedy, just, and complete decision..

ACCORDINGLY, the defendants request that their motion be granted.

Respectfully submitted,

The defendants,
By their attorneys,

Dated: July 12, 2007

NANCY ANKERS WHITE
Special Assistant Attorney General

_/s/Margaret Melville
Margaret Melville
BBO #477970
Department of Correction
Legal Office
70 Franklin Street, Suite 600
Boston, MA 02110
617-727-3300 ext. 149
msmelville@doc.state.ma.us

**CERTIFICATE OF SERVICE**

I, Margaret Melville, certify that on this day, I have served the plaintiff *pro* se in the above–entitled action with a true and accurate copy of the foregoing, and Certificate of Service at his addresses of record, by First Class Mail, postage prepaid.

July 12, 2007                                         /s/ Margaret Melville
                                                              Margaret Melville