UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11045-GAO

MICHAEL BAEZ,
    Plaintiff

v.

MICHAEL MALONEY, et al.,
    Defendants

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned action respectfully move the Court to grant summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b) because on the undisputed material facts, they are entitled to judgment.

In support, the defendants submit their accompanying Memorandum of Law and exhibits.

Respectfully submitted,

The defendants,
By their attorneys,

Dated: July 12, 2007

NANCY ANKERS WHITE
Special Assistant Attorney General

 /s/Margaret Melville
Margaret Melville
BBO #477970
Department of Correction
Legal Office
70 Franklin Street, Suite 600
Boston, MA 02110
617-727-3300 ext. 149
msmelville@doc.state.ma.us

**CERTIFICATE OF SERVICE**

I, Margaret Melville, certify that on this day, I have served the plaintiff *pro* se in the above–entitled action with a true and accurate copy of the foregoing, and Certificate of Service at his addresses of record, by First Class Mail, postage prepaid.

July 12, 2007                                   /s/ Margaret Melville
                                                Margaret Melville