UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11045-GAO

MICHAEL BAEZ,
    Plaintiff

v.

MICHAEL MALONEY, et al.,
    Defendants

## DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF EXHIBITS

The defendants in the above-captioned action file their notice that they are filing the Exhibits in support of their Motion for Summary Judgment by conventional filing.

1. Addendum- 103 CMR 505;

2. Exhibit A, Affidavit of Robert Lashua, and four attachments;

3. Exhibit B, Affidavit of Michael Cravedi;

4. Exhibit C, Affidavit of David Bolduc;

5. Exhibit D, Plaintiff's Admissions;

6. Exhibit E, Relevant Portions of Certified Copy of Administrative Record.

Respectfully submitted,

The defendants,
By their attorneys,

Dated: July 12, 2007

NANCY ANKERS WHITE
Special Assistant Attorney General

_/s/Margaret Melville
Margaret Melville
BBO #477970
Department of Correction
Legal Office
70 Franklin Street, Suite 600
Boston, MA 02110
617-727-3300 ext. 149
msmelville@doc.state.ma.us

**CERTIFICATE OF SERVICE**

I, Margaret Melville, certify that on this day, I have served the plaintiff *pro* se in the above–entitled action with a true and accurate copy of the foregoing, and Certificate of Service at his addresses of record, by First Class Mail, postage prepaid.

July 12, 2007                             <u>/s/ Margaret Melville</u>
                                          Margaret Melville