TO: Magistrate Judge Joyce London Alexander
US District Court.
One Courthouse Wy.
Boston, MA 02210
         02122

FILED
IN CLERKS OFFICE
2007 AUG 10 A 11:24
U.S. DISTRICT COURT
DISTRICT OF MASS.
8/6/07

RE: Baer v. Maloney, et al
    Ca. No. 05-11045-GAO

Your Honor:

I've Received a package from the DA's Lawyer for the Defendants which included Summary Judgement motions etc.

Upon reviewing their evidence I've seen that they're Lawyers have omitted documents pages in one instance swearing that documentation in my Disciplinary Hearing record was a complete copy which is false. If a search is done in my Docket filings my package of evidence had included my hearing record and it had all the pages. The packet from the Defendant in their motion for Summ. Judge. (Ex. E) By Maria Sazonick, Paralegal swearing that it was a complete record when in fact the record should have

Included:
pg 1
pg 3
pg 4A

Defendants omitted these pgs. They also Blacked out a sentence in the record where it states reason for sanction.

Furthermore I showed medical evidence that stated my injuries came from "Multiple Blows to the face". All this evidence has Been submitted to the court By myself.
In march while I was in Bridgewater State hospital Lawyers sent my evidence Back to me and I never got this evidence so I'm unable to submit anything Because once again the mailroom here has "misplaced" the legal mail.
I'm literate in the english language. But am lost in the law in Civil court therefore I'm unable to properly respond to anything from the Defendants.
How can I answer this motion if I don't know how they

Someone who was helping me. He went home & is now back but he's on a different tier & we no longer speak.

I'm asking the court if I can again ask for legal representation. The video of this incident is my evidence that I did not hit my head on the cell floor.

② I am NOT double jointed. I've been able to remove handcuffs because the officers leave them loose on inmates. They don't do their jobs efficiently & leave them loose. If need be I'll take x-rays to prove I am NOT double jointed.

③ Medical records prove how my injuries came about & if I can get photos from my grandmother which are in color you'll see I have bootprint in the photos on my face as the medical documents from the hospitals also prove. Bootprints don't come from a bump on the floor.

As for Dept. Ficco he gave the order for them to make a forced move therefore he's automatically responsible

The officers who made the move. In the segregation unit (×3) They're single cells & only one cell is opened (my own) for them to come in, I'll be by myself so there was no riot in the unit.

Your Honor I ask that this case (plaintiff) have an attorney assigned.

My case has plenty of merit. I should not be punished for not knowing civil law. Nor should I be prejudiced against for being a prisoner.

If I am unable to get legal representation from this court, I ask that I be given a continuance/extension ~~criminal~~ until 2008, until after I go home so that I may search for legal help myself on the street.

Please ~~take~~ take this into consideration so that I can get a fair trial. W/out an attorney I can't file motions, I can't do anything. I gave the deft's an opportunity to settle for a reasonable amount and they never acknowledged my correspondance — Not even to

Refuse.

So your Honor I hope this is taken into consideration and my case can be handled fairly by a professional atty who knows the law not by a prisoner who is ignorant to the law.

Thank you for your time.

Very Truly

Michael B

Michael Baer W69027
D.D.U
PO Box 100
So. Walpole, MA
02071-0100