US District Court
Office of the Clerk
Courthouse Way
Boston MA 02210

Re: Barr v. Maloney, et al
Civil No. 05-11045 GAO

FILED
IN CLERKS OFFICE
2007 AUG 28  P 12: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

05-CV-11045-GAO    8/25/07

Dear Clerk,

This is my response to the Defendant's Summary Judgement. My reasons for needing an attorney could not be more important. I'm not trained in District Civil Law, I have (&) would not be able to represent myself, file motions, etc. Nor would I have been able to do any type of questioning of speakers or witnesses, perform full discovery because I'm not able to drive to my grandmother's house to pick up the videotape and submit as evidence. The DOC doesn't allow such mail which would be contraband, from family members. I don't know my grandmother's information to go pick up the color photos which were taken by MCLS. An attorney would have alot more access to the courts & would know how to file motions, to have better access to the DOCS lawyer & the defendants, and I know nothing about district civil law cases. At the hearing, we were

As I stated, we were prisoners locked into our cells individually. There were NO threats made, no flooding was done. On the videotape of this incident will show that they are lying in those & every allegation they've made. The tape will also show that I gave them the so-called weapons through the wicket (door) broken but they got it. The video has audio on it & you will hear NO threats by myself or anyone for that matter.

When they resorted to macing my eyes & kicking me in the face they did it maliciously & sadistically after we I was cuffed up. At one point even moving the camera to avoid recording it. This tape shows me face on my stomach making it impossible to "hit my head on the floor." My grandmother also has (nine) photos which show my injuries & the court also has medical documentation stating I had "busted lips" on my face & injuries came from "multiple blows to the face."

Being a prisoner I'm unable to have access to what an attorney would. I should not be prejudiced just because I'm a prisoner. Even continuance until after the hearings & my release would

Given me a chance to stand around get an attorney to help me.

Thank you

Sincerely,

Michael Balcewicz
TDU
P.O. Box 100
So Walpole MA
02071-0100