UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BAEZ
       Plaintiff(s)

v.    CIVIL ACTION NO. 05-11045-GAO

MICHAEL MALONEY, ET AL
       Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**IT IS ORDERED AND ADJUDGED**

**that the defendants' motion for summary judgment (dkt. No. 43) is GRANTED.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/20/07    By Paul Lyness
       Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)